# EXHIBIT A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br><br>410-2020-04896 |
|---|---|---|

## U.S. Equal Employment Opportunity Commission

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>**Sh'Nya Brown** | Home Phone (Incl. Area Code)<br>**470-338-6197** | Date of Birth<br>**07-04-1999** |
|---|---|---|

Street Address

City, State and ZIP Code

**c/o Anthony Bullock, Esq. Morgan & Morgan, Atlanta LLC 191 Peachtree St. NE Ste 4200, Atlanta, GA 30303**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**Owave Original Inc., d/b/a Pink Clove** | No. Employees, Members<br>**500+** | Phone No. (Include Area Code) |
|---|---|---|

Street Address

City, State and ZIP Code

**2841 Greenbriar Pkwy**                    **Atanta, GA 30031**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

**RECEIVED**
**By EEOC at 3:43 pm, Apr 20, 2020**

Street Address                    City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br><br>[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN<br>[X] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest          Latest<br>**12/26/2019**<br><br>[ ] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on December 6, 2019, as a sales associate at Pink Clove at the Greenbriar location.

December 10, 2019 – I was working with Marie (Store Manager) and I informed her that I was pregnant. She informed me not to tell Jinny (Store Owner) because she didn't like to hire pregnant woman and she would fire me if she found out.

December 12, 2019 - I was working with Kianna (Sales Associates) and she asked me if I was pregnant, I told her yes. She told me that if Jinny found out that I would be fired.

December 23, 2019 - I got really bad stomach pains and went the restroom; Kianna (Sales Associate) came to check on me. She asked me how I was feeling and I told her I was fine because I didn't want to be sent home. Shannon (Store Manager) instructed me to go home but told me that I could come back in the next day.

December 24, 2019 - I came into work and Kianna told me that she had informed Shannon (Store Manager) that I was pregnant, Shannon had told Jinny that I as pregnant. Kianna told me that Jinny informed her that I should have told Jinny that I was pregnant. Kianna stated also that Jinny said she had been watching me work and had guessed that I as pregnant.

December 26, 2019- I received a text message from Jinny informing me that I had been terminated.

I believe that I have been discriminated and retaliated against due to my sex, Female (pregnancy related), disability (pregnancy-related impairments) in violation of Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br><br>J. Brown |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |

04/02/2020

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

CP Enclosure with EEOC Form 5 (5/01)

**PRIVACY ACT STATEMENT:**   Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.     **FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (5/01).

2.     **AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117.

3.     **PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.     **ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.     **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII or the ADA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

*Attorney for Claimant*

*s/ Anthony Bullock*
**ANTHONY BULLOCK**, ESQ.
Ga. Bar No.: 157904
**MORGAN & MORGAN, P.A.**
191 Peachtree Street, N.E., Suite 4200
Post Office Box 57007
Atlanta, Georgia 30343-1007
Tel: (404) 965-1872
Fax: (404) 720-3839
E-mail: Abullock@forthepeople.com